IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In re Notice of Interest by Shane Mark Dudden | MC-25-8-M-KLD <br><br> ORDER |

On May 21, 2025, pro se litigant Shane Mark Dudden filed a "Notice of Interest" alleging that Susan M. Spraul, Clerk of the Ninth Circuit Bankruptcy Panel, and Tyler P. Gilman, Clerk of the U.S. Bankruptcy Court for the District of Montana, "are in breach of trust for failing to transmit the sealed record as ministerially required, despite lawful service and perfected standing." (Doc. 1 at 1).

On May 22, 2025 Dudden filed a "Notice to United States Marshal" alleging that "fiduciary relation was perfected by operation of trust" as to the United States Marshals Service. (Doc. 2 at 1).

The Court has reviewed Dudden's filings in their entirety and finds no identifiable or cognizable legal claims, and no legal basis for action by the Court. The Clerk of Court is directed to close this matter.

IT IS SO ORDERED.

DATED this 29th day of May, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge